IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

GERALDINE WATERS,

               Plaintiff,

  v.

AMERICAN RED CROSS,

               Defendant.

_____/

No. C 09-06045 SI

**PRETRIAL PREPARATION ORDER**

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 9, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 5, 2010.

DESIGNATION OF EXPERTS: 2/4/11; REBUTTAL: 2/22/11.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 1, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by November 26, 2010;

      Opp. Due December 10,2010;  Reply Due December 17, 2010;

     and set for hearing no later than January 14, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 3, 2011 at 3:30 PM.

JURY TRIAL DATE: May 16, 2011 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation with Jeff Ross on June 29,2010.

Plaintiff may file an amended complaint (adding FMLA claim) by April 23, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge