MELINDA S. RIECHERT, State Bar No. 65504
KATHRYN M. DANCISAK, State Bar No. 259392
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com
E-mail: kdancisak@morganlewis.com

Attorneys for Defendants
AMERICAN RED CROSS, AMERICAN RED CROSS BAY AREA CHAPTER, HAROLD BROOKS and RITA CHICK

LOUIS A. HIGHMAN, STATE BAR NO. 61703
BRUCE J. HIGHMAN, STATE BAR NO. 101760
Highman, Highman & Ball
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Tel: 415.982.5563
Fax: 415.982-5202

Attorneys for Plaintiff
GERALDINE WATERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE WATERS,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN RED CROSS; AMERICAN NATIONAL RED CROSS, INC.; AMERICAN RED CROSS BAY AREA CHAPTER; HAROLD BROOKS; RITA CHICK; DOES I-XX;<br><br>  Defendants. | Case No. 09-06045 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE** |

Plaintiff Geraldine Waters ("Plaintiff") and Defendants American Red Cross, American Red Cross Bay Area Chapter, Harold Brooks, and Rita Chick (collectively, "Defendants"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21737382.1

STIPULATION AND [PROPOSED] ORDER
MODIFYING ADR DEADLINE
Case No. 09-06045 SI

Stipulation to the Court:

## STIPULATION

WHEREAS, on March 22, 2010, the Court issued an Order Selecting ADR Process in the above-entitled action ("Order");

WHEREAS, the Court's Order approved the stipulation between the Parties to participate in a private mediation;

WHEREAS, according to the Court's Order, the deadline for the Parties to hold a private mediation is 90 days from the date of the order, or June 21, 2010;

WHEREAS, the further Case Management Conference is set for July 9, 2010;

WHEREAS, the Parties have not been able to complete initial written discovery and depositions, and will not have sufficient time to complete initial written discovery and depositions before the currently scheduled deadline to participate in a private mediation;

WHEREAS, the Parties agree that it would be beneficial for settlement purposes if the Parties completed initial written discovery and depositions prior to participating in a private mediation;

WHEREAS, due to scheduling conflicts, the earliest date in which the Parties and the mediator have shared availability is September 15, 2010;

WHEREAS, the Parties and the private mediator have set the mediation for September 15, 2010, pending the Court's approval of the extension of the deadline to participate in the mediation;

WHEREAS, the Parties have not previously requested any extensions of the deadlines set forth in the Court's Order;

WHEREAS, for good cause and to promote settlement and avoid prejudice that would result to both Parties if the deadline to participate in a mediation is not revised, the Parties jointly request an extension of the deadline to participate in a mediation set forth in the Court's Order; and

WHEREAS, the Parties also request the further Case Management Conference be rescheduled for a date occurring after the September 15, 2010 mediation.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21737382.1

2

STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE
Case No. 09-06045 SI

NOW, THEREFORE, Plaintiff and Defendants, through their undersigned respective counsel, stipulate and request that the Court approve the following revised deadlines:

Last day for Parties to participate in a mediation:   9/21/2010

Further Case Management Conference:   10/8/2010 at 3:00 p.m.

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: June 3, 2010                    HIGHMAN, HIGHMAN & BALL

                                       By _____/s/_____
                                       Louis A. Highman
                                       Attorneys for Plaintiff
                                       GERALDINE WATERS

Dated: June 3, 2010                    MORGAN, LEWIS & BOCKIUS LLP

                                       By _____/s/_____
                                       Melinda S. Riechert
                                       Attorneys for Defendants
                                       AMERICAN RED CROSS, AMERICAN
                                       RED CROSS BAY AREA CHAPTER,
                                       HAROLD BROOKS AND RITA CHICK

## ORDER

In light of the foregoing STIPULATION of the Parties and good cause appearing, the Court ORDERS the following revised deadline in this case:

Last day for Parties to participate in a mediation    9/21/2010

Further Case Management Conference    10/7/2010 at 3:00 p.m.

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: _____          /s/ Susan Illston
                                       _____
                                       Hon. Susan Illston
                                       United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21737382.1                         3                 STIPULATION AND [PROPOSED] ORDER
                                                         MODIFYING ADR DEADLINE
                                                         Case No. 09-06045 SI